UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI,<br><br>                  Plaintiff,<br><br>v.<br><br>PENTALON MANAGEMENT;  REGENCY APARTMENTS; JASMINA SABANOVICH; TODD WHITE,<br><br>                  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>2:14-CV-00404-DB<br><br>District Judge Dee Benson |

      Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on January 16, 2015, recommending that the Defendants' Motions to Dismiss be granted.  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation and GRANTS the Motions to Dismiss.

      DATED this 17th day of February, 2015.

BY THE COURT:

_[signature: Dee Benson]_

DEE BENSON
United States District Judge